UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      AIMEE M. HUBER,           :      Chapter 13
                                      :
            Debtor                    :      Bky. No. 20-11576 ELF

# O R D E R

AND NOW, the Debtor having failed to timely file the documents required by the Order dated **March 16, 2020**,\* it is hereby **ORDERED** that

1. This case is **DISMISSED**.

2. The court retains jurisdiction to consider the reasonableness of any compensation received by the Debtor's counsel. See 11 U.S.C. §329.

3. Pursuant to 11 U.S.C. §329(b), a hearing shall be held on **May 5, 2020, at 1:00 p.m., in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107**\*\* to consider the reasonableness of any compensation received by the Debtor's counsel.

4. If not already filed, **the Debtor's counsel shall file** the statement required by Fed. R. Bankr. P. 2016(b) and, if already filed, file a supplemental statement if necessary **on or before April 20, 2020**.

5. **Debtor's counsel SHALL APPEAR** at the hearing.

**Date: April 9, 2020**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

**\* Missing Documents:**
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income
and Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106

\*\* During the cornovirus public life shutdown, all hearings are being held telephonically. Instructions for making a telephonic appearance may be found at
https://www.paeb.uscourts.gov/file/conference-call-numbers