United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 20-11576-elf
Aimee M Huber                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Apr 10, 2020
                              Form ID: pdf900          Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2020.
```
db            +Aimee M Huber,    1900 Mayflower Drive,    Quakertown, PA 18951-2673
14488839      +FREEDOM MORTGAGE CORPORATION,     c/o THOMAS YOUNG.HAE SONG,
                Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Blvd., Suite 1400,
                Philadelphia, PA 19103-1814
14488746       FREEDOM MORTGAGE CORPORATION,     C/o Thomas Song, Esq.,    1617 JFK Boulevard, Suite 1400,
                One Penn Center Plaza,    Philadelphia, PA 19103
14482917      +Freedom Mortgage Corporation,    Attn: Bankruptcy,    907 Pleasant Valley Ave, Ste 3,
                Mt Laurel, NJ 08054-1210
14482919      +Receivables Management Group,    Attn: Bankruptcy,    2901 University Ave. Suite #29,
                Columbus, GA 31907-7601
14482920      +Wells Fargo Dealer Services,    Attn: Bankruptcy,    1100 Corporate Center Drive,
                Raleigh, NC 27607-5066
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Apr 11 2020 03:54:14      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2020 03:53:37
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 11 2020 03:54:00      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14482916      +E-mail/Text: bknotice@ercbpo.com Apr 11 2020 03:53:51      Enhanced Recovery Corp,
                Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14482918       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 11 2020 04:01:41
                Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502
                                                                                             TOTAL: 5
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2020 at the address(es) listed below:
```
          GEORGE R. TADROSS    on behalf of Debtor Aimee M Huber gtadross@tadrosslaw.com,
           r55386@notify.bestcase.com;robin@tadrosslaw.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4
```

Case 20-11576-elf   Doc 12   Filed 04/12/20   Entered 04/13/20 00:41:12   Desc Imaged
Certificate of Notice   Page 2 of 2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | AIMEE M. HUBER, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 20-11576 ELF |

# O R D E R

**AND NOW,** the Debtor having failed to timely file the documents required by the Order dated **March 16, 2020**,* it is hereby **ORDERED** that

1. This case is **DISMISSED**.

2. The court retains jurisdiction to consider the reasonableness of any compensation received by the Debtor's counsel. See 11 U.S.C. §329.

3. Pursuant to 11 U.S.C. §329(b), a hearing shall be held on **May 5, 2020, at 1:00 p.m., in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107\*\*** to consider the reasonableness of any compensation received by the Debtor's counsel.

4. If not already filed, **the Debtor's counsel shall file** the statement required by Fed. R. Bankr. P. 2016(b) and, if already filed, file a supplemental statement if necessary **on or before April 20, 2020**.

5. **Debtor's counsel SHALL APPEAR** at the hearing.

**Date: April 9, 2020**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

**\* Missing Documents:**
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income
and Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106

**\*\* During the cornovirus public life shutdown, all hearings are being held telephonically.
Instructions for making a telephonic appearance may be found at
https://www.paeb.uscourts.gov/file/conference-call-numbers**